## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG HEILMAN, | : | No.  4:07-cv-1308 |
| | : | |
| Plaintiff, | : | Judge John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| T.W. PONESSA AND | : | |
| ASSOCIATES, *et al.*, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

January **30**, 2008

In accordance with the Memorandum entered on this date, it is hereby ORDERED that:

1.    The Motions to Dismiss of Defendant Kim McDermott (Doc. 7) is GRANTED;

2.    The Motions to Dismiss of Defendants Rachel Rausher, Cindy Merryman, and Clinton County (Doc. 20) is GRANTED;

3.    The Motions to Dismiss of Defendants T.W. Ponessa & Associates and Molly Simmons (Doc. 24) is GRANTED;

4.    The complaint in this action is dismissed with prejudice; and

5.    The Clerk of the Court is directed to CLOSE this case.


                                              John E. Jones III
                                              United States District Judge